WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

Marina DeSouza
Associate
MANHATTAN OFFICE
mdesouza@gvlaw.com
212-683-7100

October 21, 2026

Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: : Taylor Page v. Flacos Trucking, Et All
Docket No. : 1:26-cv-5793
Insureds : Flacos Trucking Company LLC, and Flavio Costales
Date of Loss : January 6, 2024
Our File No. : PROG.2026027

Dear Judge Subramanian,

This office represents Flacos Trucking Company LLC, and Flavio Costales in this matter. This matter is scheduled for a pre-trial conference before this court on November 19, 2026.

This letter is submitted to request an adjournment of the scheduled mediation on for November 17, 2026. There have been no prior adjournment requests and Plaintiff's counsel does not object to Defendant's adjournment request.

At this time, our office is awaiting authorizations to obtain Plaintiff's MRI films pertaining to the body parts for which Plaintiff alleges injuries. In addition, the carrier has designated two independent medical examinations for Plaintiff. The first examination is scheduled with Dr. Faierman, a general orthopedist, on November 12, 2026, to evaluate Plaintiff's alleged orthopedic injuries. The second examination is scheduled with Dr. Goldstein, a plastic surgeon, on November 16, 2026, to evaluate Plaintiff's alleged facial scarring.

Given the timing of these examinations and the outstanding discovery, the defense will not have sufficient opportunity to review and evaluate the IME findings and relevant damages before the mediation. Accordingly, the defense will be unable to meaningfully evaluate the claim or attend the mediation with settlement authority.

Accordingly, court appointment mediator Ira Maurer's office has been notified of the Defendant's request for an adjournment.

Therefore, Defendants respectfully request that the mediation currently scheduled for November 17, 2026, be adjourned for approximately 60 days. We appreciate the parties' consideration of this request.

Very truly yours,

Marina DeSouza

Marina De Souza

CC: Cellino Law LLP
Allan M. Silverstein, Esq.
420 Lexington Avenue, Suite 2001
New York, New York 10170

GRANTED. The initial pretrial conference is ADJOURNED to January 21, 2027 at 3:00 pm. The dial-in remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 22, 2026